**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-2102**

_____

CALLIE A. HARRIS,

                              Plaintiff - Appellant,

        versus

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant - Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  James P. Jones, District
Judge.  (CA-02-72-2)

_____

Submitted:  February 27, 2004        Decided:  April 6, 2004

_____

Before MOTZ, KING, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph E. Wolfe, WOLFE, WILLIAMS & RUTHERFORD, Norton, Virginia,
for Appellant.  James A. Winn, Regional Chief Counsel, Stephen T.
Giacchino, Assistant Regional Counsel, Philadelphia, Pennsylvania;
John L. Brownlee, United States Attorney, Julie C. Dudley,
Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Callie A. Harris appeals the district court's order affirming the Commissioner's denial of social security supplemental security income benefits. We have reviewed the record and the district court's opinion and find no reversible error.

We must uphold the Commissioner's disability determination if it is supported by substantial evidence. 42 U.S.C. § 405(g) (2000); Hays v. Sullivan, 907 F.2d 1453, 1456 (4th Cir. 1990). Having thoroughly reviewed the administrative record, we agree with the district court that substantial evidence supports the Commissioner's final decision denying disability benefits. Accordingly, we affirm for the reasons stated by the district court. Harris v. Comm'r of Soc. Sec., No. CA-02-72-2 (W.D. Va. July 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED